IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR209 |
| | ) | |
| V. | ) | |
| | ) | **MOTION TO SEAL INDICTMENT** |
| RAPHAEL ARROYOS FERNANDEZ, | ) | |
| et. al. | ) | |
| | ) | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and asks the Court to seal the Bill of Indictment and any other related documents.

WHEREFORE, the United States of America requests this Court to order that the Bill of Indictment, Information Pursuant to Title 21, U.S.C. 841(b), Motion to Seal, and any other related documents be sealed until further notice from the Government.

THIS the 6th day of June, 2005.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY