AO 442 (Rev. 12/85) Warrant for Arrest
===============================================================================

# United States District "UNDER SEAL"

## WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
v.

**WARRANT FOR ARREST**

CASE NUMBER: 1:05CR209 -2

RAPHAEL ARROYOS FERNANDEZ, ET. AL.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __(2) Armida Arragon Arroyos__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with  brief description of offense  **conspiracy possession with intent to distribute cocaine, a schedule II controlled substance, and marijuana, a schedule I controlled substance; laundering of monetary instruments.**

in violation of Title __18, 21__ United States Code, Section(s) __1956(h); 846; 841(a)(1)__

__FRANK G. JOHNS__
Name of Issuing Officer

__Sharon Wilson__ (signature)
Signature of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

__6-15-05__ — ASHEVILLE, NC
Date and Location

Bail fixed at $ __DETAIN__  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ . | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Armida Arragon Arroyos

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 3/15/57

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____  WEIGHT: _____

SEX: Female  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: DEA/MATT BARDEN (828)259-0659