FILED
IN COURT
ASHEVILLE, N. C.

JUN 2 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:05CR 209 |
| V. ) | |
| ) | |
| RAPHAEL ARROYOS FENANDEZ, ET AL ) | **ORDER TO UNSEAL** |
| ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 21 day of June, 2005.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE