# UNITED STATES DISTRICT COURT
## FOR THE Western District of North Carolina
### Asheville

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:05−cr−00209
                                              Lacy Thornburg

Raphael Arroyos Fernandez, et al.

                Defendant.

TYPE OF CASE:        Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to Armida Arragon Arroyos, Peujon Deslin Nazifi, Ahmad Nazifi Initial Appearance set for 8/22/2005 09:30 AM in Asheville Courtroom #2 before Dennis Howell. (Wilson, Sharon)

**PLACE**
Asheville
100 Otis Street
Room 309
Asheville, NC 28801

August 2, 2005

                                                                       Frank G. Johns, Clerk
                                                                  Sharon Wilson, Deputy Clerk