# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003

RECEIVED
ASHEVILLE, N.C.

AUG 18 2005

Clerk, U. S. Dist. Court
W. Dist of N. C.

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS STREET
TUCSON, ARIZONA 85701

RECEIVED
AUG 2005
Clerk, U. S. Dist. Court
W. Dist. of N. C.

AUGUST 10, 2005

Mr. Frank G. Johns
Clerk
United States District Court
210 Charles R. Jonas Federal Bldg
401 West Trade Street
Charlotte, NC 28202

Re:  USA vs ARMIDA ARROYOS-ARAGON
     Our Magistrate Case No. 05-5136M
     Your Case No. 1:05CR209-1

Dear Mr. Johns:

In connection with the above-entitled Removal Proceedings, enclosed herewith are the following:

    (1)    Copy of Warrant for Arrest
    (2)    Certified Copies of M/E of 06/23/05
    (3)    Certified Copies of Waiver of Rule 40
    (4)    ---------------------------------
    (5)    Certified Copy of Docket Sheet

Please acknowledge receipt of same on the copy of this letter and return to the TUCSON office for filing.

RICHARD H. WEARE, CLERK

By: Johnnie-Kaye Montgomery
    Deputy Clerk

cc:  US Attorney, North Carolina
     US Attorney, Tucson
     Ed Nesbitt
     File

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

**PERSONAL HISTORY REPORT**

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| # | Field | Value |
|---|---|---|
| 1 | File Title | [signature] ?1 USC 846 Conspiracy Cocaine |
| 2 | File Number | MQ-04-0046 |
| 3 | Program Code | |
| 4 | Group No. | TF1 |
| 5 | G-DEP ID | |
| 6 | Date Prepared | |
| 7 | Purpose of Submission | [ ] G-DEP Description [ ] Arrest [ ] Fugitive Declaration [ ] Fugitive Cancellation |
| 8 | Subject Name (Last, First, Middle) | ARROYOS-ARAGON, ARMIDA |
| 8a | Arrest No. | |
| 9 | Qualitative Characterization | |
| 10 | Date of Birth | 3-15-52 |
| 11a | Alias Name | ARMIDA ARROYOS-HERNANDEZ |
| 11b | Priority Target | [ ] Yes [ ] No |
| 12 | Alternate Date of Birth | 3-15-57 |
| 13 | NADDIS No. | |
| 14 | FBI No. | |
| 15 | Social Security No. | 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 |
| 16 | Misc. Numbers | |
| 17 | Place of Birth | CHIHUAHUA, MEXICO |
| 18 | Citizenship (Country) | US |
| 19 | Alien Status | [ ] Illegal [ ] Legal |
| 20 | Race | [X] White |
| 21 | Ethnicity | [X] Hispanic |
| 22 | Sex | [X] Female |
| 23 | Color Hair | RED |
| 24 | Height | 5'8" |
| 25 | Color Eyes | BRN |
| 26 | Weight | 180 lbs |
| 27 | Address | 2442 S. EDMONDSON, TUCSON, AZ 85713 |
| 28 | Identifying Characteristics | SCAR LEFT SHOULDER |
| 29 | Telephone Number | 520-663-1634 |
| 30 | Occupation | HERBALIFE SUPERVISOR |
| 31 | Employer Name and Address | SELF-EMPLOYED |
| 32 | Employer Telephone Number | 520-271-2943 |
| 41 | Name on License | ARMIDA ARAGON ARROYOS |

**42a. Family Information**

| Relationship | Name | Age | Address & Phone No. |
|---|---|---|---|
| Father | REYNALDO ARROYOS | | DECEASED |
| Mother | LUZ ARAGON | | " |
| Children | RAFAEL FERNANDEZ-ARROYOS | 29 | 2442 S. EDMONDSON TSN/AZ |
| | PHILIP CORTEZ | 21 | MEXICO/UNKNOWN |
| | SAMANHA DUARTE ARROYOS | 16 | 2442 S. EDMONDSON TSN/AZ |

**I. G-DEP DESCRIPTION** (Complete for all G-DEP and Arrest Submissions.) Agents Manual 622

45. Submission: [ ] Initial [ ] Supplemental
46. Subject's Principal Controlled Substance / Commodity: Use Letter-Number Code: (See Agents Manual)

FORM DEA-202 (3-04) Previous editions are obsolete
Electronic Form Version Designed in JetForm 5.2 Version

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES
___ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL - 4 2005

CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DATE: 6/23/2005     CASE NUMBER: 05-05136M

USA vs. ARMIDA ARRAGON ARROYOS

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE     Judge #: 70BM

U.S. Attorney Cynthia Wood     INTERPRETER REQ'D: N/A

Attorney for Defendant Edward Nesbitt (Retained)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA ____
☐ Warrant Other District
☐ Warrant Phx Div.
☐ Counsel waives reading of the Complaint/Indictment
☐ Financial Afdvt taken
☐ No Financial Afdvt taken

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends  release  ; Gov't ☒ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at  O/R with standard conditions to include no travel outside Arizona and North Carolina; maintain employment, no firearms.

☒ Defendant signed Order Setting Conditions of Release and released on O/R. Defendant advised of conditions on the record.

| DETENTION HEARING: ☒ Held ☐ Cont'd<br>Set for:<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the  WD NORTH CAROLINA  where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the  Western District of North Carolina  that there is probable cause to believe that this defendant is the  Armida Arragon Arroyos , named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☐ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER:  Mr. Nesbitt filed Notice of Appearance in open court.

Copies to:
USA, CNSL, PSA, ...
E-FILED

Recorded by Courtsmart
BY: Barb Wentz
Deputy Clerk



SCANNED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 23 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____

United States of America

v.

ARMIDA ARRAGON ARROYOS (2)

**WAIVER OF RULE 5(c)(3) HEARINGS**
(Excluding Probation Cases)

Case Number: 05-05136M

I, __ARMIDA ARRAGON ARROYOS__, understand that in the **WESTERN DISTRICT** District of **NORTH CAROLINA**, charges are pending alleging violation of __21:846; 21:841; 18:1956(h); CONS.TO POSS.; PWID; LAUNDERING OF MONETARY INSTRUMENTS__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary examination

☒ identity hearing and have been informed I have no right to a preliminary examination

☐ identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the **WESTERN** District of **NORTH CAROLINA** in the District of Arizona.

_____
Defendant

6/23/2005

_____
Defense Counsel

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:05-mj-05136-BPV-ALL
### Internal Use Only

Case title: USA v. Fernandez et al  
Other court case number: 1:05CR209-1 Western District Of North Carolina

Date Filed: 06/21/2005

---

Assigned to: Magistrate Judge Bernardo P. Velasco

**Defendant**

**Raphael Arroyos Fernandez (1)**  
*also known as*  
Raphael Fernando Fernandez (1)

represented by **Edward C Nesbitt**  
Edward C Nesbitt  
177 N Church Ave  
Ste 200  
Tucson, AZ 85701-1117  
520-628-7777  
Fax: 520-798-1980  
Email: Charlesjn27@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841; 21:846; Conspiracty to Possess with Intent to Distribute Cocaine and Marijuana; 18:1956 Money Laundering-Federal Statutes, Other

**Disposition**

---

Assigned to: Magistrate Judge Bernardo P. Velasco

**Defendant**

**Armida Arragon Arroyos (2)**

represented by **Edward C Nesbitt**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                         **Disposition**

21:841A=ND.F, 18:1956-7477.F, 21:841A=MD.F

---

Assigned to: Magistrate Judge Bernardo P. Velasco

**Defendant**

Peujon Deslin Nazifi (3)                    represented by   Jeffrey James Rogers
*also known as*                                              Hirsh & Rogers PLC
PJ (3)                                                       177 N Church Ave
                                                             Ste 700
                                                             Tucson, AZ 85701
                                                             (520)624-4700
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Pending Counts**                                                     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                         **Disposition**

21:841A=ND.F, 21:841A=MD.F, 18:1956-7477.F

---

Assigned to: Magistrate Judge Bernardo P. Velasco

**Defendant**

Ahmad Nazifi (4)                            represented by   David Edward Lipartito
                                                             Law Office of David Lipartito PC
                                                             177 N Church Ave
                                                             700
                                                             Tucson, AZ 85701
                                                             (520)622-1944
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Pending Counts**                                                     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

21:841A=ND.F, 21:841A=MD.F, 18:1956-7477.F

**Plaintiff**

USA                                    represented by   **Cynthia R Wood**
                                                        US Attorney's Office
                                                        405 W Congress St
                                                        Ste 4800
                                                        Tucson, AZ 85701-4050
                                                        520-620-7300
                                                        Fax: 520-620-7320
                                                        Email: cynthia.wood@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2005 |  | Arrest (Rule 40) of Raphael Arroyos Fernandez (JKM, ) (Entered: 07/20/2005) |
| 06/21/2005 |  | Arrest (Rule 40) of Armida Arragon Arroyos (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 |  | Arrest (Rule 40) of Peujon Deslin Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 |  | Arrest (Rule 40) of Ahmad Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 1 | Minute Entry for proceedings held before Judge Bernardo P. Velasco :Detention Hearing as to Raphael Arroyos Fernandez set for 6/23/2005, Initial Appearance as to Raphael Arroyos Fernandez held on 6/21/2005 (Court Reporter CourtSmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE: Edward C Nesbitt appearing for Raphael Arroyos Fernandez (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 3 | Minute Entry for proceedings held before Judge Bernardo P. Velasco :Detention Hearing as to Armida Arragon Arroyos set for on 6/23/2005, Initial Appearance as to Armida Arragon Arroyos held on 6/21/2005 (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 4 | Minute Entry for proceedings held before Judge Bernardo P. Velasco :Detention Hearing as to Peujon Deslin Nazifi set for 6/23/2005, Initial Appearance as to Peujon Deslin Nazifi held on 6/21/2005 (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 5 | NOTICE OF ATTORNEY APPEARANCE: Jeffrey James Rogers appearing for Peujon Deslin Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/21/2005 | 6 | Minute Entry for proceedings held before Judge Bernardo P. Velasco :Detention Hearing as to Ahmad Nazifi set for 6/23/2005, Initial Appearance as to Ahmad Nazifi held on 6/21/2005 (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 7 | Minute Entry for proceedings held before Judge Charles R. Pyle :Detention Hearing as to Raphael Arroyos Fernandez held on 6/23/2005 (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 9 | WAIVER of Rule 40 Hearings by Raphael Arroyos Fernandez (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 10 | Minute Entry for proceedings held before Judge Charles R. Pyle :Detention Hearing as to Armida Arragon Arroyos held on 6/23/2005, Bond set as to Armida Arragon Arroyos (2) o/r Bond (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |

| | | |
|---|---|---|
| 06/23/2005 | 11 | ORDER Setting Conditions of Release as to Armida Arragon Arroyos (2) o/r Bond . Signed by Judge Charles R. Pyle on 6/23/05. (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: Edward C Nesbitt appearing for Armida Arragon Arroyos (Arizona hearings only) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 13 | WAIVER of Rule 40 Hearings by Armida Arragon Arroyos (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 14 | Minute Entry for proceedings held before Judge Charles R. Pyle :Detention Hearing as to Peujon Deslin Nazifi held on 6/23/2005, Bond set as to Peujon Deslin Nazifi (3) $10,000/PAB (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 15 | ORDER Setting Conditions of Release as to Peujon Deslin Nazifi (3) $10,000/PAB . Signed by Judge Bernardo P. Velasco on 6/23/05. (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 16 | Minute Entry for proceedings held before Judge Bernardo P. Velasco :Bond Hearing as to Peujon Deslin Nazifi held on 6/23/2005 (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 17 | WAIVER of Rule 40 Hearings by Peujon Deslin Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 18 | Minute Entry for proceedings held before Judge Charles R. Pyle :Detention Hearing as to Ahmad Nazifi held on 6/23/2005, Bond set as to Ahmad Nazifi (4) o/r Bond (Court Reporter Courtsmart.) (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 19 | ORDER Setting Conditions of Release as to Ahmad Nazifi (4) o/r Bond . Signed by Judge Charles R. Pyle on 6/23/05. (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 20 | NOTICE OF ATTORNEY APPEARANCE: David Edward Lipartito appearing for Ahmad Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 21 | WAIVER of Rule 40 Hearings by Ahmad Nazifi (JKM, ) (Entered: 07/26/2005) |
| 06/23/2005 | 22 | Commitment to Another District Issued: to District of WD NORTH CAROLINA as to Raphael Arroyos Fernandez. (JKM, ) (Entered: 07/26/2005) |
| 06/27/2005 | 8 | ORDER OF DETENTION as to Raphael Arroyos Fernandez . Signed by Judge Charles R. Pyle on 6/23/05. (JKM, ) (Entered: 07/26/2005) |

I hereby attest and certify on 8/10/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy