PROCEEDING: ARRAIGNMENT

INTERPRETER: Maria Garcia

DATE: 08/24/05

CASE NUMBER: 1:05CR209-2

CASE NAME: Armida Arroyos

TIME: 9:32 to 9:40

JUDGE: (HOWELL) THORNBURG

REPORTER: FTR: X  COURT REPORTER: ____

AUSA: Corey Ellis

COUNSEL FOR DEFT: Joel Trilling

PLEA: (NOT GUILTY/JURY TRIAL)

    GUILTY

    GUILTY PURSUANT TO PLEA AGREEMENT

SET DOCKET CALL: 09/12/05