**PROCEEDING:** DETENTION HEARING

**INTERPRETER:** Maria Garcia

**DATE:** 08/24/05

**CASE NUMBER:** 1:05cr209-02

**CASE NAME:** Armida Arragon Arroyos

**TIME:** 9:40 to 10:27

**JUDGE:** (HOWELL)   THORNBURG

**REPORTER:** (FTR)   **COURT REPORTER:** _____

**AUSA:** Corey Ellis

**COUNSEL FOR DEFT:** Joel Trilling

**GOVT'S WITNESS:** Witness sworn

**GOVT'S EXHIBITS:** Pretrial Report

**DEFT'S WITNESS:** N/A

**DEFT'S EXHIBITS:**

_____ Deft WAIVED detention hearing

_____ ORDER OF DETENTION

Court's own motion
Detention Hearing continued - 08/30/05 - 10:30