# UNITED STATES DISTRICT COURT
## FOR THE Western District of North Carolina

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                     Case No.: 1:05−cr−00209
                                                      Lacy Thornburg

Raphael Arroyos Fernandez, et al.

                      Defendant.

TYPE OF CASE:         Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to Armida Arragon Arroyos Detention Hearing set for 8/29/2005 10:30 AM in Asheville Courtroom #2, 100 Otis St., Asheville, NC 28801 before Dennis Howell. (Wurst, Elizabeth)

8/24/05

                                                                                s/ Frank G. Johns, Clerk
                                                                 s/ Elizabeth Wurst, Deputy Clerk