## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

**FILED**
ASHEVILLE, N. C.

### CRIMINAL NO. 1:05CR209-2

SEP - 8 2005

UNITED STATES OF AMERICA

U.S. DISTRICT COURT
W. DIST. OF N. C.

vs.

**MOTION**
**Consideration of Bond**

ARMIDA ARRAGON ARROYOS

_____

     NOW COMES the Defendant, by and through undersigned Counsel, and moves the Court as follows:

1. That at the Detention Hearing in his matter, it was asserted by the Government that the Defendant was not an American citizen; the Defendant maintained that she was a naturalized citizen.

2. That subsequent to the Defendant's Detention Hearing, it has been determined that the Defendant is in fact a naturalized United States citizen.

3. That the correct nationality of the Defendant was no doubt a consideration for this Honorable Court in determining the Defendant's bond status.

4. That the interests of justice would best be served by allowing this Motion.

WHEREFORE, the Defendant prays the Court:

1. That a renewed Bond Hearing be scheduled to consider the correct information regarding Defendant's nationality.

2. For such and further relief as the Court may deem just and proper.

This the _8_ day of _September_, 2005.

---

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this Date served the foregoing document upon Each part to this action, or the attorney(s) of Record for said party, in accordance with Rule 5(b) of the North Carolina Rules of Civil Procedure by:
✓___Hand delivery;
_____U.S. Postal Service; or
_____Facsimile.

This the _8_ day of _September_, 2005.

_____
Joel S. Trilling, Attorney at Law

---

Joel S. Trilling
Attorney at Law
56 College St., Suite 301
Asheville, NC  28801
(828) 254-8088
Bar #23295
Attorney for Defendant