**PROCEEDING:** MOTION HEARING

**INTERPRETER:** Maria Garcia

**DATE:** 09/16/05

**CASE NUMBER:** 1:05cr209-02

**CASE NAME:** Armida Aragon Arroyos

**TIME:** 10:14 to 10:58

**JUDGE:** (HOWELL)    THORNBURG

**REPORTER:** FTR: X    **COURT REPORTER:** ___

**AUSA:** Tom Ascik

**COUNSEL FOR DEFT:** Joe Trilling

**MOTION:** for Bond

**GOVT'S WITNESS:**

**GOVT'S EXHIBITS:**

**DEFT'S WITNESS:** witness sworn

**DEFT'S EXHIBITS:**

__X__ MOTION GRANTED

_____ MOTION DENIED

_____ ORAL ORDER    GRANTING    DENYING    MOTION

_____ WRITTEN ORDER TO FOLLOW

$30,000 Secured by signature w/i 14 days certified tax authority Approval