## VIOLATION REPORT

## U.S. PRETRIAL SERVICES OFFICE

## MEMORANDUM

**FILED**
ASHEVILLE, N. C.

SEP 2 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

DATE: September 27, 2005

TO: The Honorable Dennis Lee Howell
U.S. Magistrate Judge

FROM: Robert T. Ferguson
U.S. Probation Officer

RE: **Armida Arragon Arroyos**
**1:05CR209-2**
**Notification of Bond Violation**
**WARRANT REQUESTED**

---

**RELEASE STATUS:**

On 6/20/05, Armida Arroyos was arrested in Tucson, AZ for charges originating in the Western District of North Carolina. She was released from custody and ordered to appear in Court as ordered in the Western District of North Carolina. On 8/22/05, she appeared before US Magistrate Judge Dennis L. Howell in Asheville, NC for her initial appearance on charges of Money Laundering, in violation of 18 U.S.C. § 1956(h). She was detained at that time. On 8/29/05, she appeared before Magistrate Howell for a detention hearing and was detained. On 9/16/05, Ms. Arroyos appeared before Magistrate Howell for a bond review hearing and was released on a $30,000 bond secured by signatures and real property. She was placed on pretrial supervision to include home detention with electronic monitoring. The defendant was allowed to travel to Arizona for courtesy supervision.

**APPARENT VIOLATION:**

1. The defendant has violated condition 7(a) which states she shall "report to the Office of Probation and Pretrial Services to the extent and in the manner that the agency determines to be appropriate" in that she has not remained at her residence until given permission to leave as instructed by US Probation Officer Robert T. Ferguson on 9/16/05. On this date, the defendant signed a form entitled Pretrial Release Reporting Instructions in the presence of Officer Ferguson which instructed her not to leave her residence without prior permission.

Armida Arragon Arroyos
1:05CR209-2

Armida Arragon Arroyos
1:05CR209-2

2. The defendant has violated condition 7(q) which placed the defendant on home detention with electronic monitoring. This condition states "you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities, as pre-approved by the Office of Probation/Pretrial Services." The defendant violation this condition in that she has made herself unavailable for supervision, and as of this date has not been placed on home detention with electronic monitoring.

**SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:**

The defendant has not made herself available for supervision since her release, therefore, her adjustment to supervision has been poor.

**SUMMARY OF OFFICER INTERVENTION:**

On 9/21/05, US Probation Officer Daniel Moreno from Tucson, AZ called to let our office know the defendant was avoiding him and had not been hooked up on electronic monitoring. She had called his office on 9/19/05 at 5:00am and left a message, however, she was not home when the officer attempted to call her later that morning. As indicated previously, the defendant had been instructed not to leave her residence without prior permission. Officer Moreno advised the defendant's daughter answered the phone and stated her mother had gone to get medication. Officer Moreno attempted numerous other times to contact the defendant but was unsuccessful. On 9/23/05, Officer Moreno notified our office that he continued to be unsuccessful in making contact with the defendant, but would continue his efforts. On 9/27/05, I attempted to contact the defendant by telephone and a recording stated the person at the number was unavailable. I also spoke to Officer Moreno who stated he has not had any contact with the defendant. Therefore, it appears she has absconded from supervision.

Armida Arragon Arroyos
1:05CR209-2

**RECOMMENDATION:**

It is recommended that the defendant's bond be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 27th day of September, 2005.

Robert T. Ferguson
U.S. Probation Officer

Approved by:

Elisabeth F. Ervin
Supervising U.S. Probation Officer

cc: Jill Westmoreland Rose, AUSA
U.S. Marshal
Joel Trilling, Defense Counsel
PSI Officer

Armida Arragon Arroyos
1:05CR209-2

## THE COURT ORDERS

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_Dennis E Howell_
Signature of Judicial Officer

_September 27, 2005_
Date