

Case 1:05-cr-00209-MR-DLH Document 67-1 Filed 09/27/05 Page 1 of 2

*Office of Investigations*

U.S. Department of Homeland Security
6130 Tyvola Centre Drive, Suite 240
Charlotte, North Carolina 28217



**U.S. Immigration and Customs Enforcement**

30 August 2005

B-3 U.S. Courthouse
ATTN: Robert T. Ferguson
100 Otis Street
Asheville NC 28801

Re: ARROYA, Armida Aragon

Based on information received from the INS computer system it was determined that ARROYA, Armida Aragon A090 109 587 naturalized on 28 January 1998 at the US District Court at Tucson, Arizona.

Sincerely,

Angela H. Watlington
DHS/ICE/OI/Investigation Assistant