PS 10
(1/82)

# United States District Court
## for the
## Western District of North Carolina

U.S.A vs  Armida Arragon Arroyos                                   Docket No.1:05CR209-2

**TO:** [1] **Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PRETRIAL RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Armida Arragon Arroyos | SEX<br>Female | RACE<br>W h i t e<br>Hispanic | AGE<br>48 |
| ADDRESS(STREET, CITY, STATE)<br>2442 South Edmondson Avenue, Tucson, AZ | | | |
| JUDICIAL AUTHORITY (NAME OF COURT) | | | |
| CLERK     [illegible] | (BY) DEPUTY CLERK<br>*Sharon Wilson* (signature) | | DATE<br>9-27-05 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Western District of North Carolina;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."