STATE OF NORTH CAROLINA
COUNTY OF BUNCOMBE

## AFFIDAVIT

WALT THROWER, first being duly sworn, avers:

I am a special agent with the United States Drug Enforcement Administration.

I have participated in the investigation and prosecution of Raphael Arroyos Fernandez, Peujon Deslin Nazifi, Armida Arragon Arroyos, and Ahmad Nazifi in case 1:05CR209 in the United States District Court of the Western District of North Carolina.

According to my investigation and the investigation of other agents in this case, the real property at located at 9392 East Grapevine Spring Place, Tucson, Arizona, is further described as:

> Pima County Parcel ID Number 136-07-54406,
> As evidenced by the Warranty Deed recorded on March 30, 2004, Docket 12269, Page 9862 of the Pima County Recorder, Tucson, Arizona.

*[signature]*
WALT THROWER

Sworn to and subscribed before me

This the 7th of March, 2006.

*[signature]*
DEBRA C. GADDY
NOTARY PUBLIC

My commission expires: March 24, 2010