**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:05CR209-2**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ARMIDA ARRAGON ARROYOS** | ) | |
| | ) | |


**THIS MATTER** is before the Court *sua sponte* to continue the trial

from the July 2006 term in the Asheville Division.

An arrest warrant was issued for the Defendant on September 27,

2005; to date, the Defendant's whereabouts are unknown.  ***See* Order,**

**filed November 5, 2005.**  The Court, therefore, finds that the Defendant is

attempting to avoid apprehension or prosecution, that her whereabouts are

unknown, that her presence for trial cannot be obtained by due diligence,

and a continuance of the trial for this term is necessary.  **18 U.S.C. §**

**3161(h)(3)(A), (B).**  The Court further finds that the ends of justice served

by taking such action outweigh the best interests of the public and the

Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the July 2006 term in the Asheville Division.

Signed: June 19, 2006

Lacy H. Thornburg
United States District Judge