IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR209-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ARMIDA ARRAGON ARROYOS | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2007 term in the Asheville Division.

An arrest warrant was issued for the Defendant on September 27, 2005; to date, the Defendant's whereabouts are unknown. **See Order, filed November 5, 2005.** The Court, therefore, finds that the Defendant is attempting to avoid apprehension or prosecution, that her whereabouts are unknown, that her presence for trial cannot be obtained by due diligence, and a continuance of the trial for this term is necessary. **18 U.S.C. § 3161(h)(3)(A), (B).** The Court further finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant to a speedy trial.

2

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the January 2007 term in the Asheville Division.

Signed: December 27, 2006

Lacy H. Thornburg
United States District Judge